UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/2/2019

KAPOOR COTSYN EXPORTS and RISHAV
EXPORTS,

                Plaintiffs,

        -against-

JATINDER DHALL, 30 BELOW CORP., TIME
SQUARE FOOD IMPORTS LLC, SEENA
INTERNATIONAL INC., HARKIRAN BHASIN,
TOLL GLOBAL FORWARDING (INDIA) PVT.
LTD., SEAWAY INTERNATIONAL INC., and
SEAMASTER LOGISTICS, INC.,

                Defendants.

19 Civ. 971 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for December 17, 2019, is hereby
ADJOURNED to **December 19, 2019**, at **11:20 a.m.**

    SO ORDERED.

Dated: December 2, 2019
      New York, New York

                              ANALISA TORRES
                      United States District Judge