USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/13/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAPOOR COTSYN EXPORTS and RISHAV EXPORTS,

        Plaintiffs,

-against-

JATINDER DHALL, 30 BELOW CORP., TIME SQUARE FOOD IMPORTS LLC, SEENA INTERNATIONAL INC., HARKIRAN BHASIN, TOLL GLOBAL FORWARDING (INDIA) PVT. LTD., SEAWAY INTERNATIONAL INC., and SEAMASTER LOGISTICS, INC.,

        Defendants.

19 Civ. 971 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In the scheduling order and case management plan, the Court ordered the parties to "file a joint status report not later than one week in advance of the Case Management Conference." ECF No. 48 ¶ 16. That submission is now overdue. Accordingly, it is ORDERED that by **December 16, 2019**, the parties shall submit a joint status report.

    SO ORDERED.

Dated: December 13, 2019
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge